

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
## FORT WORTH

### NO. 02-14-00207-CR

| | | |
|---|---|---|
| Damian Galvan Hernandez a/k/a Damion Glavan Hernandez a/k/a Damian Hernandez Galvan | § § | From the 415th District Court of Parker County (CR13-0075) |
| | § | July 3, 2014 |
| v. | § | Per Curiam |
| The State of Texas | § | (nfp) |

## JUDGMENT

This court has considered the record on appeal in this case and holds that the appeal should be dismissed. It is ordered that the appeal is dismissed for want of jurisdiction.

SECOND DISTRICT COURT OF APPEALS

PER CURIAM